UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                          CASE NO. 3:06cr250JCH
v

STEVEN HERMAN

## **ORDER OF RESTITUTION**

_____As part of the Judgment of Conviction entered on the 2nd day of February, 2007,  in the

above-captioned matter;

IT IS HEREBY ORDERED that the defendant, Steven Herman,  shall make restitution in

the amount of $150,172.44 to Oxford Insurance, Attention: Ms. Rita Ambrose, Supervisor of

Investigations, Oxford Health Plan, 48 Monroe Turnpike, Trumbull, Connecticut 06611-1341.

To the extent  the restitution is not paid within sixty (60) days of today, February 2, 2007, interest

will accrue.

All restitution payments are to be made through the Clerk of the Court,  U.S. District

Court, 915 Lafayette Boulevard,  Bridgeport, Connecticut, 06604.


SO ORDERED.

Dated at Bridgeport, Connecticut, the 8th day of February, 2007.



                                                      /s/ Janet C. Hall_____
                                                      Janet C. Hall
                                                      United States District Judge